## ASHFORD v. STATE.

No. 26579.

Court of Criminal Appeals of Texas.

Nov. 11, 1953.

No attorney on appeal for appellant.

Henry Wade, Criminal Dist. Atty., George P. Blackburn, Asst. Dist. Atty., and George Seale, Asst. Dist. Atty., Dallas,

Wesley Dice, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of robbery, and his punishment was assessed at five years in the penitentiary.

The indictment and all matters of procedure appear to be regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.